**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER DAVID MOORE, | ) NO. CV 12-00090-PA (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. WASHINGTON-ADDUCI, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice.

DATED: July 6, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE